UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROJECT STEWART LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>           Defendant. | C21-381 RAJ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

(1)    Defendant's motion, docket no. 17, to stay discovery is DENIED in part and GRANTED in part, as follows:

    (a)    A court should allow for jurisdictional discovery "where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary." *Data Disc, Inc. v. Sys. Tech. Assocs., Inc.*, 557 F.2d 1280, 1285 n.1 (9th Cir. 1977). Before ruling on Defendant's motion, docket no. 16, to dismiss under Federal Rule of Civil

MINUTE ORDER - 1

Procedure 12(b)(2) for lack of personal jurisdiction, the Court will allow Plaintiff an opportunity to conduct limited jurisdictional discovery.

(b) Plaintiff may conduct jurisdictional discovery concerning: (i) all communications between Defendant and Metal Yapi Holding A.S. ("Metal Yapi") regarding Metal Yapi's procurement of and/or Defendant's issuance of Letters of Credit Nos. 874 and 878; and (ii) the location of all of Defendant's offices that were involved in issuing Letters of Credit Nos. 874 and 878. Plaintiff shall file any supplemental response to Defendant's motion to dismiss by January 24, 2022. Such supplemental response shall not exceed ten (10) pages in length. Defendant may file a reply, not to exceed five (5) pages in length, by January 28, 2022.

(c) All other discovery in this action is STAYED pending resolution of Defendant's motion to dismiss.

(2) Defendant's motion, docket no. 16, to dismiss under Rule 12(b)(2) for lack of personal jurisdiction is RENOTED to January 28, 2022.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2021.

Ravi Subramanian  
Clerk of the Court

s/Victoria Ericksen  
Deputy Clerk

MINUTE ORDER - 2