# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROJECT STEWART LLC,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 2:21-cv-00381-RAJ |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

For the reasons set forth in the Court's Order of March 31, 2022, Judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A., against Plaintiff Project Stewart LLC.

DATED this 1st day of April, 2022.

                                                     RAVI SUBRAMANIAN,
                                                   Clerk of the Court

                                           By:   */s/ Victoria Ericksen*
                                                              Deputy Clerk